**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ERICA NAPOLITANO,

                Plaintiff,

      -against-                             21 **CIVIL** 10470 (JLC)

                                         **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner, Social Security
Administration,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated May 2, 2023, Napolitano's motion for summary

judgment is denied, and the Commissioner's cross-motion is granted.

**Dated:**  New York, New York

      May 2, 2023

                                      **RUBY J. KRAJICK**

                                   _____
                                      **Clerk of Court**

                        **BY:**         K. Mango

                                        _____
                                        **Deputy Clerk**